FILED
CLERK, U.S. DISTRICT COURT
11/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_EC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:22-cr-00538-MCS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1709: Embezzlement of Mail by a Postal Employee] |
| LEONARD EARL JACKSON, JR., | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1709]

On or about March 28, 2021, in Los Angeles County, within the Central District of California, defendant LEONARD EARL JACKSON, JR., an employee of the United States Postal Service, stole, abstracted, and removed an article from the mail, namely, a $100 Amazon gift card ending in 3944, contained in mail addressed to M.H., in Los Angeles, California, which had come into his possession intended to be conveyed by the United States mail.

1  COUNT TWO

2  [18 U.S.C. § 1709]

3      On or about May 28, 2021, in Los Angeles County, within the
4  Central District of California, defendant LEONARD EARL JACKSON, JR.,
5  an employee of the United States Postal Service, stole, abstracted,
6  and removed an article from the mail, namely, a $50 Nordstrom gift
7  card, contained in mail addressed to I.A., in Gardena, California,
8  which had come into his possession intended to be conveyed by the
9  United States mail.

10                                          A TRUE BILL

11

12                                          _____/S/_____
                                            Foreperson
13

14  E. MARTIN ESTRADA
    United States Attorney
15

16  [signature]

17  SCOTT M. GARRINGER
    Assistant United States Attorney
18  Chief, Criminal Division

19  DAVID T. RYAN
    Assistant United States Attorney
20  Deputy Chief, General Crimes
    Section
21

22  KYLE W. KAHAN
    Special Assistant United States
23  Attorney
    General Crimes Section

24

25

26

27

28